NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FEDMET RESOURCES CORPORATION,**
*Plaintiff-Appellee*

**v.**

**MAGNESIA CARBON BRICKS FAIR TRADE COMMITTEE,**
*Defendant-Appellant*

**UNITED STATES,**
*Defendant-Appellee*

---

2026-1160

---

Appeal from the United States Court of International Trade in No. 1:23-cv-00117-MMB, Judge M. Miller Baker.

-------------------------------------------------

**FEDMET RESOURCES CORPORATION,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

**v.**

**MAGNESIA CARBON BRICKS FAIR TRADE
COMMITTEE,**
*Defendant-Appellee*

————————————

2026-1245

————————————

Appeal from the United States Court of International Trade in No. 1:23-cv-00117-MMB, Judge M. Miller Baker.

————————————

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of Appeal No. 2026-1245 pursuant to Federal Rule of Appellate Procedure 42(b)(1),

IT IS ORDERED THAT:

(1) These appeals are deconsolidated, and the revised official captions, and short caption for Appeal No. 2026-1160, are reflected in this order.

(2) Appeal No. 2026-1245 is dismissed. Each party shall bear its own costs as to Appeal No. 2026-1245.

(3) In Appeal No. 2026-1160 and consistent with the Court's December 23, 2025 order, the United States's and Fedmet's response briefs are due no later than March 23, 2026, the Committee's reply brief is due no later than April 13, 2026, and no extensions of time for the briefing schedule should be anticipated.

FEDMET RESOURCES CORPORATION v. MAGNESIA CARBON     3
BRICKS FAIR TRADE COMMITTEE

(4) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal No. 2026-1160.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

January 5, 2026
          Date

ISSUED AS A MANDATE (as to 2026-1245 only):  January 5, 2026